786 A.2d 171

**PROGRESSIVE CASUALTY INSURANCE COMPANY, Appellant,**

v.

**Blanche M. HOOVER and James E. Hoover, her Husband, Loren J. Druist, Wayne S. Hursh, Marbec Trucking Company, Marvin Sensenig T/D/B/A Marbec Trucking Company and K.B.S., Inc., Appellees.**

**No. 58 WAP 2001.**

Supreme Court of Pennsylvania.

Nov. 5, 2001.

## *ORDER*

PER CURIAM:

**AND NOW,** this 5th day of November, 2001, the Application for Relief to Withdraw as Counsel is granted.